1  KENNETH S. GAINES, ESQ. SBN 049045
   ken@gaineslawfirm.com
2  DANIEL F. GAINES, ESQ. SBN 251488
   daniel@gaineslawfirm.com
3  ALEX P. KATOFSKY, ESQ. SBN 202754
   alex@gaineslawfirm.com
4  MIRIAM L. SCHMMEL, ESQ. SBN 185089
   miriam@gaineslawfirm.com
5  **GAINES & GAINES, APLC**
   27200 Agoura Rd., Suite 101
6  Calabasas, CA 91301
   Telephone: (818) 703-8985
7  Facsimile: (818) 703-8984

Attorneys for Plaintiff Rashad Muhammad,
on behalf of himself and all "aggrieved employees"
pursuant to Labor Code § 2698 *et seq.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RASHAD MUHAMMAD, on behalf of himself and all "aggrieved employees" pursuant to Labor Code § 2698 et seq.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a District of Columbia corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 3:19-cv-05267-EMC**<br><br>ASSIGNED FOR ALL PURPOSES TO HON. JUDGE EDWARD M. CHEN<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE**<br><br>Complaint Filed: April 9, 2019 |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Pursuant to F.R.CIV.P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between the parties to this action and filed by Plaintiff hereto that this action may be dismissed in its entirety, without prejudice, as to all parties. Each party is to bear its own attorneys' fees and costs.

Dated: January 22, 2020      Respectfully submitted,

GAINES & GAINES
A Professional Law Corporation

By: */s/ Miriam L. Schimmel*
   DANIEL F. GAINES
   ALEX P. KATOFSKY
   MIRIAM L. SCHIMMEL
   Attorneys for Plaintiff

Dated: January 16, 2020

*/s/ Angela J. Rafoth*
RICHARD H. RAHM
ANGELA J. RAFOTH
EMILY A. MERTES
LITTLER MENDELSON, P.C.

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION

DATED: 1/22/2020

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION FOR DISMISSAL OF ENTIRE CASE**